IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TAE H. CHON,<br><br>Petitioner,<br><br><br>vs.<br><br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S 52(b) MOTION<br><br><br><br>Civil Case No. 2:09-CV-654 TS<br><br>Criminal Case No. 2:01-CR-487 TS |

This matter is before the Court on Petitioner's 52(b) Motion. Considering Petitioner's

Motion, the Court finds that it constitutes a second or successive petition under 28 U.S.C. §

2255. As such, the Court does not have the jurisdiction to address the merits of the Motion.[1] It

is therefore

ORDERED that Petitioner's 52(b) Motion (Docket No. 33 in Case No. 2:09-CV-654 TS

and Docket No. 149 in Case No. 2:01-CR-487 TS) is DISMISSED for lack of jurisdiction.

---

[1]*In re Cline*, 531 F.3d 1249, 1251 (10th Cir. 2008) ("A district court does not have jurisdiction to address the merits of a second or successive § 2255 . . . claim until [the appropriate court of appeals] has granted the required authorization.")..

DATED   October 22, 2012.

BY THE COURT:

_____

TED STEWART
United States District Judge